Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:08-00009-2 |
| | ) | JUDGE TRAUGER |
| JENNIE SUE GRANTHAM | ) | |

## MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

The defendant, Jennie Sue Grantham, through undersigned counsel, and with the concurrence of the Government and the United States Probation Office, respectfully moves the Court to modify the conditions of her supervised released ordered by the Court on July 7, 2009 (D.E. 72). On September 18, 2012, the Court previously modified the conditions of Ms. Grantham's supervised release to require that she reside at the Residential Re-Entry Center until August 21, 2013, or until she has secured stable housing approved by the U.S. Probation Office and; that she abstain from the consumption of alcohol. (D.E. 87). The Court further ordered that the remaining terms and conditions of Ms. Grantham's term of supervised release remain in full force and effect. *Id*.

U.S. Probation Officer Kara L. Sanders has advised the parties that Ms. Grantham is in the process of meeting her requirements to commence her disability payments. These payments are necessary for her to obtain suitable housing and to continue her on the path of stability. Accordingly, the parties have agreed to an extension of her residence at the Residential Re-Entry Center until the term of supervised release expires, or until she secures stable housing as determined by United States Probation Office. A proposed agreed order is attached for the Court's consideration.

Respectfully submitted,

   */s/   Ronald C. Small*
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
Attorney for Jennie Sue Grantham